

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| FRANTZ PIERRE, | § | No. 08-25-00183-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| CLAIRE SHAMBLIN CAYTON, SANEL | § | of El Paso County, Texas |
| VAN WYK, MARY AGUILAR-FELIX | § | |
| AND MCCARTHY HOLTHUS LLP, | § | (TC# 2025DCV0542) |
| Appellees. | § | |
| | § | |

## M E M O R A N D U M   O P I N I O N

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On July 15, 2025, the Clerk of this Court sent Frantz Pierre a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Pierre that this appeal would be subject to dismissal on or after July 26, 2025, if Pierre failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Pierre has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

July 30, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.